FILED
DEC 13 2006
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06CR289-MEF-SRW |
| | ) | [18 USC 661] |
| | ) | |
| ANTONIO CORTEZ WILLIS | ) | INDICTMENT |

The Grand Jury charges:

COUNT 1

Between August 16, 2006, and August 17, 2006, in Montgomery County, within the Middle District of Alabama,

ANTONIO CORTEZ WILLIS,

defendant herein, at a place within the special maritime and territorial jurisdiction of the United States, namely, Maxwell Air Force Base, on land acquired for the use of the United States and under its concurrent jurisdiction, did take and carry away, with intent to steal and purloin, the personal property of another, namely a Gateway Laptop computer, Model#450RGH, a better description otherwise unknown to the grand jury, the value of which exceeds $1,000.00, in violation of Title 18, United States Code, Section 661.

A TRUE BILL:

*/s/ Barbara J. Alexander*
Foreperson

*/s/ Leura G. Canary*
LEURA G. CANARY
United States Attorney

*/s/ Tommie Brown Hardwick*
TOMMIE BROWN HARDWICK
Assistant United States Attorney