| COURTROOM DEPUTY'S MINUTES | MIDDLE DISTRICT OF ALABAMA |
|---|---|

---

| | |
|---|---|
| √ INITIAL APPEARANCE | DATE: January 8, 2007 |
| ❏ BOND HEARING | |
| ❏ DETENTION HEARING | Digital Recording 3:35 - 3:41 |
| ❏ PRELIMINARY (EXAMINATION)(HEARING) | |
| ❏ REMOVAL HEARING (R.40) | |
| √ ARRAIGNMENT | |

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker      **DEPUTY CLERK:** Joyce Taylor

**CASE NO.** 2:06cr289-MEF      **DEFENDANT NAME:** Antonio Cortez Willis

**AUSA:** Stephen Feaga      **DEFT. ATTY:** Christine Freeman

**Type Counsel:** ( )Retained; ( ) CJA; ( ) Waived; (√) FPD

**USPO/USPTS:** Tamara Martin

**Interpreter needed:** ( √ ) NO; ( )YES   Name:

---

| | |
|---|---|
| √ | Date of Arrest January 8, 2007 or ❏ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. ❏ Prob/Sup Rel Violator |
| √ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| √ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ❏ | Panel Attorney Appointed; ❏ to be appointed - prepare voucher |
| ❏ | Deft. Advises he will retain counsel. Has retained _____ |
| ❏ | ❏ Government's ORAL Motion for Detention Hrg. ❏ to be followed by written motion; ❏ Government's WRITTEN Motion for Detention Hrg. filed |
| ❏ | Detention Hearing ❏ held; ❏set for |
| ❏ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❏ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| √ | Release order entered. Deft advised of conditions of release |
| √ | √ BOND EXECUTED (M/D AL charges) $25,000.00. Deft released<br>❏ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❏ | Bond not executed. Defendant to remain in Marshal's custody |
| ❏ | Deft. ORDERED REMOVED to originating district |
| ❏ | Waiver of ❏ preliminary hearing; ❏ Waiver Rule 40 hearing |
| ❏ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| √ | ARRAIGNMENT √HELD. Plea of NOT GUILTY entered. ❏Set for<br>    DISCOVERY DISCLOSURE DATE: January 12, 2007 |
| √ | CRIMINAL TERM: March 12, 2007 |
| ❏ | NOTICE to retained Criminal Defense Attorney handed to counsel |