COURTROOM DEPUTY'S MINUTES					DATE: February 20, 2007

MIDDLE DISTRICT OF ALABAMA					Digital Recording: 3:31 - 3:32

**PRETRIAL CONFERENCE**

**PRESIDING MAG. JUDGE. Susan Russ Walker**			**DEPUTY CLERK:**  Joyce Taylor

**CASE NUMBER:**  2:06cr289-MEF			**DEFENDANT(S)** Antonio Cortez Willis

|  GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Stephen Feaga standing in for Tommie Hardwick | * | Christine Freeman |

☐ **DISCOVERY STATUS:**
   Completed

☐ **PENDING MOTION STATUS:**
   Defendant's motion to continue trial has been filed
   Government has no objections to motion

☐ **PLEA STATUS:**
   Notice of intent to change plea to be filed on or before noon on 2/28/07

☐ **TRIAL STATUS**
   Trial time - 1 day

☐ **REMARKS:**
   Pretrial Diversion has been requested