IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06cr289-MEF |
| | ) | |
| ANTONIO CORTEZ WILLIS | ) | |

## ORDER

This case was reassigned to the undersigned on April 6, 2007 as regards all pretrial nondispositive motions and discovery matters. For good cause, it is

ORDERED that the pretrial previously scheduled for June 18, 2007 at 3:00 p.m. before Magistrate Judge Susan Russ Walker is reset for **June 18, 2007 at 9:00 a.m.** in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse, Montgomery, Alabama before the undersigned Magistrate Judge.

DONE this 11th day of April, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE