IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:06-cr-289-MEF |
| | ) | |
| ANTONIO CORTEZ WILLIS | ) | |

## STATUS REPORT

**NOW COMES** the Defendant, by and through the undersigned counsel, Christine A. Freeman, and states the following regarding the matter covered by the Motion to Quash (Doc. 23) and the Order issued on March 29, 2006 (Doc. 24):

1.  Defense counsel has conferred with the office of counsel for the Montgomery Police Department.

2.  The Motion to Quash has been resolved, in that Defendant is withdrawing his request for the subpoena addressed to the Department.

3.  Further, Mr. Willis informs the Court that the United States has recommended pretrial diversion for Mr. Willis and the parties are presently awaiting completion of a report by the U.S. Probation Office.

4.  Because this matter is resolved, Defendant is not requesting that this pleading be filed under seal.

**WHEREFORE**, no action need be taken regarding the Motion to Quash (Doc. 23).

>    Respectfully submitted,
>
>    **s/Christine A. Freeman**
>    **CHRISTINE A. FREEMAN**

TN BAR NO.: 11892
Attorney for Antonio Willis
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Tommie Brown Hardwick, Esq., Assistant United States Attorney, One Court Square, Montgomery, AL 36104 and Kimberly Fehl, Office of the City Attorney, Montgomery, Alabama (c/o mhill@montgomeryal.gov).

s/Christine A. Freeman
CHRISTINE A. FREEMAN
TN BAR NO.: 11892
Attorney for Antonio Willis
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org