IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )   CASE NO. 2:06cr289-MEF |
| | ) |
| ANTONIO CORTEZ WILLIS | ) |

## ORDER

On April 13, 2007, the defendant filed a Status Report (Doc. #26) indicating that the Motion to Quash Subpoena (Doc. #23) has been resolved. Therefore, it is

ORDERED that the motion to quash (Doc. #23) is DENIED as moot.

DONE this 13th day of April, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE