IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CR. NO. 2:06-CR-289-MEF |
| ) | |
| ANTONIO CORTEZ WILLIS ) | |

O R D E R

Upon consideration of the Motion for Leave to Dismiss Indictment Without Prejudice (Doc. #28) filed on May 11, 2007, it is hereby

ORDERED that the motion is GRANTED and the indictment in this case is dismissed.

DONE this the 11th day of May, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE